# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN LYNN JEFFRIES, <br><br> Plaintiff, <br><br> v. <br><br> A.H. MARTINEZ *et al.*, <br><br> Defendants. | Case No. 2:16-cv-07673-CAS (MAA) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint (ECF No. 23), Defendant's Motion to Dismiss (ECF No. 38), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (ECF No. 47). The time for filing objections has expired and neither Defendant nor Plaintiff filed any objections. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED;

///

2. Defendant's Motion to Dismiss is DENIED.  This denial is without prejudice to Defendant re-raising the issue of qualified immunity at a later stage in these proceedings.

DATED: August 28, 2019

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE